Louis B. Prahar, Respondent, v. Rosalie Tousey, as Executrix of Frank Tousey, Deceased, Appellant.

*Prahar* v. *Tousey,* 107 App. Div. 623, affirmed.
(Argued March 29, 1906; decided April 17, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered August 18, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial.

*James M. Hunt* for appellant.

*John E. Brodsky* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : Cullen, Ch. J., Gray, Edward T. Bartlett, Werner, Hiscock and Chase, JJ. Absent : O'Brien, J.

---

Margaret Wolf, as Administratrix of the Estate of Frederick J. Wolf, Deceased, Appellant, v. Manhattan Consumers' Brewing Company, Respondent.

*Wolf* v. *Manhattan Consumers' Brewing Co.,* 103 App. Div. 595, affirmed.
(Argued March 29, 1906; decided April 17, 1906.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 30, 1905, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Adolph L. Pincoffs* for appellant.

*John Vernou Bouvier, Jr.,* and *Frank V. Johnson* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur : Cullen, Ch. J., Gray, Edward T. Bartlett, Werner, Hiscock and Chase, JJ. Absent : O'Brien, J.